UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § § | |
| v.                           § | No.  1:20-CR-00070(7)-LY |
| § | |
| (7) JUNIOR DAVID OCAMPO, § § | |
| *Defendant* | |

ORDER

Before the Court is Defendant Junior Ocampo's opposed Motion for Release Pending Revocation Hearing, Dkt. 546. Defendant is currently being held in the Bastrop County Jail pursuant to an arrest warrant that issued in connection with United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision, which alleges that Defendant has, on numerous occasions, violated the terms of his supervised release by testing positive for marijuana use, failing to appear for drug tests, and providing diluted urine samples on occasions when he has appeared for drug tests. Dkts. 541, 542, 548.

The District Court referred Defendant's motion for release to the undersigned for disposition, Dkt. 550. The Court set the motion for hearing, Dkt. 551, and heard the motion on September 30, 2022. Defendant appeared, represented by Viktor Olavson, along with Assistant United States Attorney Mark Marshall and Kathleen Dow from USPO. At the hearing, defense counsel proffered evidence in support of the motion for Defendant's release pending a final determination on the petition to revoke supervision. AUSA Marshall confirmed the Government's opposition to Defendant's

1

release; Officer Dow likewise expressed her concerns about Defendant's failure to comply with the terms of his release.

After considering the record, and counsel's proffers and argument, the Court finds by clear and convincing evidence that Defendant is not a flight risk or a danger to any person in the community, *see* Fed. R. Crim. P. 32.1(a)(6), 18 U.S.C. § 3143(a)(1), and **GRANTS** Defendant's motion for release, Dkt. 546.

Accordingly, it is **ORDERED** that Defendant be released from federal custody immediately on his current conditions of supervision pending a final revocation hearing.

It is further **ORDERED** that the District Clerk transmit a copy of this order to the USMS, the Bastrop County Jail, and USPO Kathleen Dow for Defendant's immediate release from custody.

SIGNED September 30, 2022.

_____
DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE